IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,** : | **CIVIL ACTION NO. 1:07-CV-0092** |
| : | **(Judge Conner)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **TAMMY L. COURTNEY, et al.,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 18th day of January, 2007, upon consideration of the complaint in interpleader (Doc. 1) filed in the above-captioned action, and it appearing that the sum of $15,176.37 has been submitted to the Clerk of Court pursuant to 28 U.S.C. § 2041, it is hereby ORDERED that the Clerk of Court is directed, as soon as practicable, to invest said sum into an interest-bearing account consistent with the mandates of Federal Rule of Civil Procedure 67 and Local Rule 67.1.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge